# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, *et al.*,<br>  *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>  *Defendants*. | Case No. 25-3860-AHA |

## [PROPOSED]  ORDER

Upon consideration of Plaintiffs' motion for summary judgment, the opposition thereto, and the full record in this case, it is hereby **ORDERED** that Plaintiffs' motion be **GRANTED**.

It is further **DECLARED** that the Department of Education's Public Service Loan Forgiveness Rule is arbitrary, capricious, not in accordance with law, in excess of statutory authority, and contrary to constitutional right, and it is hereby **ORDERED** that the Rule is vacated.

Dated: _____, 2026

_____
Amir H. Ali
United States District Judge