IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ROBERT F. KENNEDY CENTER FOR
JUSTICE AND HUMAN RIGHTS, *et al.*,
    *Plaintiffs,*
    v.                              Case No. 25-3860 - AHA

UNITED STATE DEPARTMENT OF
EDUCATION, *et al.*,
    *Defendants.*

## MOTION FOR LEAVE TO FILE
## BRIEF AMICUS CURIAE
## IN SUPPORT OF PLAINTIFFS

    The Public Interest and Public Service Program of the George Washington University Law School hereby moves the Court for permission to file the Brief Amicus Curiae in Support of the Plaintiffs. Plaintiffs and defendants have consented to the filing of the brief.

    The issue in this case is the legality of defendants' rule that would impose additional conditions on employers whose employees will seek to benefit from the Public Service Loan Forgiveness program administered by defendants. Defendants' rule would harm employers, as plaintiffs have demonstrated, but it would also harm current students and recent graduates who, as propspect8ve employees, will have fewer choices of employers if defendants' rule is sustained. The amicus brief submitted with this motion explains the many ways in which students and recent graduates will be harmed by that rule.

                                              Respectfully submitted

                                              /s/ Alan B. Morrison
                                              Alan B. Morrison (DC Bar No. 073114)
                                              George Washington University Law School
                                              2000 H Street NW
                                              Washington D.C. 20052
                                              202 994 7120
                                              abmorrison@law.gwu.edu
February 19, 2026                          Counsel for the Amicus Curiae