IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION, *et al.*,<br><br>Defendants. | No. 25-cv-03860-AHA |

### [PROPOSED] ORDER

The Court, having fully considered the Parties' cross-motions, HEREBY ORDERS that Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Cross-Motion to Dismiss, or in the Alternative for Summary Judgment is GRANTED. Final judgment is entered for Defendants on all counts.

IT IS SO ORDERED, this _____ day of _____, 2026.

_____
Hon. Amir H. Ali
United States District Judge

1