**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, *et al.*, *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 25-3860-AHA |

**JOINT APPENDIX PURSUANT TO LOCAL RULE 7(n)**

Pursuant to Local Rule 7(n), plaintiffs file the attached appendix, in five volumes, containing those portions of the administrative record that are cited in the parties' memoranda in support of or in opposition to the pending cross-motions for summary judgment in this case. All parties have agreed to the contents of the appendix.

Dated: May 4, 2026                    Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

/s/ Cormac A. Early
Cormac A. Early (DC Bar No. 1033835)
Adina H. Rosenbaum (DC Bar No. 490928)
Adam R. Pulver (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Aaron S. Ament (DC Bar No. 1602164)
Chris Bryant (DC Bar No. 1673495)
Eric Rothschild (DC Bar No. 1048877)
Daniel A. Zibel (DC Bar No. 491377)
National Student Legal Defense Network
1701 Rhode Island Ave. NW

1100 L Street N.W.
Washington, DC 2005
Heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

Washington, D.C. 20036
(202) 734-7495

*Counsel for Plaintiffs*