# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, et al., *Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, et al., *Defendants*. | Civil Action No. 1:25-cv-3860-AHA |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court of a Federal Register notice published by the Department of Education on June 18, 2026, attached, seeking emergency review by the Office of Management and Budget of a revision to the Public Service Loan Forgiveness Certification and Application "to comply with E.O. 14325, by revising the certification language to include an attestation, under penalty of perjury, that the employer has not engaged in any activity that has a substantial illegal purpose on or after July 1, 2026." Agency Information Collection Activities; Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification and Application, 91 Fed. Reg. 36812 (June 18, 2026). A redline showing the proposed changes is also attached to this notice and is available online at reginfo.gov.[1] The Department of Education is seeking approval of the proposed changes by no later than June 26, 2026, ahead of the July 1, 2026, effective date of the Rule challenged in this case. *Id.*

---

[1] *See* https://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=202605-1845-002 (Supplementary Document, Title: REDLINE_1845-0110 PSLF TEPSLF Certification and App_20260514).

The proposed revisions introduce the requirement that employers certify compliance under penalty of perjury, confirming that Plaintiffs reasonably incurred compliance costs to "mitigate or avoid" a "substantial risk" of harm under the Rule. *Clapper v. Amnesty Int'l USA*, 568 U.S. 398 414 n.5 (2013) (cleaned up). Plaintiffs are harmed by the need to incur those costs and have standing to challenge the Rule as a result.

Plaintiffs respectfully renew their request that the Court grant their pending motion for summary judgment before July 1 to ensure that PSLF employers are not subject to the unlawful certification requirement.

Dated: June 23, 2026

Respectfully submitted,

/s/ Cormac A. Early
Cormac A. Early (DC Bar No. 1033835)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Aaron S. Ament (DC Bar No. 1602164)
Chris Bryant (DC Bar No. 1673495)
Eric Rothschild (DC Bar No. 1048877)
Daniel A. Zibel (DC Bar No. 491377)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington, D.C. 20036
(202) 734-7495

*Attorneys for Plaintiffs*