**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBERT F. KENNEDY CENTER FOR
JUSTICE AND HUMAN RIGHTS, *et al.*,

      *Plaintiffs*,

    v.

LINDA MCMAHON, *et al.*,

      *Defendants*.

Civil Action No. 25-03860 (AHA)

## <u>Order</u>

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' motion for summary judgment, ECF No. 17, is granted. Defendants' cross-motion to dismiss, or in the alternative for summary judgment, ECF No. 32, is denied. The final rule, William D. Ford Federal Direct Loan (Direct Loan) Program, 90 Fed. Reg. 48966 (Oct. 31, 2025), is vacated. The Clerk of Court is directed to close the case.

_____

AMIR H. ALI
United States District Judge

Date:   June 30, 2026