**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION,<br>*et al.*,<br><br>Defendants. | No. 25-cv-03860-AHA |

**DEFENDANTS' NOTICE OF APPEAL**

All Defendants provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's June 30, 2026 Memorandum Opinion (ECF No. 47) and Order (ECF No. 48), which granted Plaintiffs' February 9, 2026 Motion for Summary Judgment (ECF No. 17) and denied Defendants' March 9, 2026 Cross-Motion to Dismiss, or in the Alternative for Summary Judgment (ECF Nos. 31, 32).

Dated: August 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*

U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorney for Defendants*