# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5308** **September Term, 2026**

**1:25-cv-03860-AHA**

**Filed On: October 26, 2026**

Robert F. Kennedy Center for Justice and Human Rights, et al.,

Appellees

v.

Linda McMahon, in her official capacity as Secretary of the Department of Education and United States Department of Education,

Appellants

**ORDER**

Upon consideration of the joint stipulation to dismiss appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Kendall M. Callow
Deputy Clerk